IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Empower Oversight Whistleblowers & Research<br><br>Plaintiff,<br><br>v.<br><br>United States Securities and Exchange Commission<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21cv1370<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

Pursuant to the order of this Court entered on July 5, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, United States Securities and Exchange Commission, as to Count 1.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 07/05/2023
Alexandria, Virginia