IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | 1:21-cv-1370 (RDA/WEF) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice. The parties will bear their own fees, costs, and attorneys' fees, except as provided in the settlement agreement executed by the parties.

Dated: September 12, 2024

/s/_____
Jeffrey S. Beelaert (VSB No. 81852)
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 661-0923
Fax: (202) 296-8312
Email: jbeelaert@steinmitchell.com

*Counsel for Plaintiff Empower Oversight Whistleblowers & Research*

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

/s/_____
YURI S. FUCHS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3872
Fax: (703) 299-3983
Email: yuri.fuchs@usdoj.gov

*Counsel for Defendant U.S. Securities and Exchange Commission*