IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWER & RESEARCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SECURITIES & EXCHANGE COMMISSIONS, )<br>)<br>Defendant. ) | Civil Action No. 1:21-cv-1370 (RDA/WEF) |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. Dkt. 51. The parties seek dismissal pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own fees, costs, and attorneys' fees, except as provided for in their settlement agreement.

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED, and the Clerk of the Court is DIRECTED to place this action among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
September 18, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge